IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 2 0 2010

GREGORY C. LANGHAM
CLERK

Civil Action No. 10-cv-02051-PAB-KLM

HARVEY L. BROWN, II,

    Plaintiff,

v.

R & S STEEL, INC.,

    Defendant.

---

**ORDER GRANTING SERVICE BY UNITED STATES MARSHAL**

---

This matter comes before the Court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The Court has granted the plaintiff leave to proceed *in forma pauperis*. It is

ORDERED that, if appropriate, the United States Marshal shall attempt to obtain a waiver of service from the defendants. If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon the defendants. All costs of service shall be advanced by the United States.

DATED October 19, 2010.

                                            BY THE COURT:

                                            s/Philip A. Brimmer
                                            PHILIP A. BRIMMER
                                            United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-02051-PAB-KLM

Harvey L. Brown, II
5546 Ackland Way
Denver, CO 80239

US Marshal Service
Service Clerk
Service forms for: R & S Steel, Inc

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to the United States Marshal for service of process on R & S Steel, Inc.: AMENDED TITLE VII COMPLAINT FILED 09/23/10, SUMMONS, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on 10/29/10

                                        GREGORY C. LANGHAM, CLERK

                                        By: _____
                                                   Deputy Clerk