# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Magistrate Judge Kristen L. Mix

| | |
|---|---|
| **Civil Action No.: 10-cv-02051-PAB-KLM** | FTR - Reporter Deck - Courtroom C-204 |
| | Byron G. Rogers United States Courthouse |
| **Date: April 29, 2011** | Courtroom Deputy, Monique Wiles |

HARVEY L. BROWN, II                              Whitney C. Traylor

    **Plaintiff(s),**

v.

R & S Steel, INC.                                Thomas J. Lyons

    **Defendant(s).**

## COURTROOM MINUTES / MINUTE ORDER

**HEARING: TELEPHONIC DISCOVERY HEARING**
**Court in session: 9:59 a.m.**
Court calls case.  Telephonic appearance of counsel.

This matter is before the Court regarding the parties' inability to reach an agreement about the date of Plaintiff's deposition.

The Court will also address **Plaintiff's Motions to Amend the Scheduling Order** [Doc. No. 27, filed 4/27/2011 and Doc. No. 29, filed 4/28/2011].

Counsel provide the background and basis of the discovery dispute.  For the reasons stated on the record,

**It is ORDERED:**     Plaintiff's Motions to Amend the Scheduling Order [Doc. No. 27, filed 4/27/2011 and Doc. No. 29, filed 4/28/2011] are **GRANTED in part and DENIED in part**.  They are **GRANTED** with respect to resetting the settlement conference.  The settlement conference will be reset upon a joint motion of the parties after the conclusion of discovery on June 15, 2011.

The Motions are **DENIED** in all other respects for failure to show good cause.

**It is further ORDERED:** The parties must cooperate to provide needed deposition dates. Plaintiff's deposition must be conducted before the discovery cut-off date.

HEARING CONCLUDED.

**Court in recess: 10:18 a.m.**
Total In-court time: 19 minutes

To order a transcript of this hearing, please contact Avery Woods Reporting (303)825-6119.