IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02051-PAB-KLM

HARVEY L. BROWN, II,

    Plaintiff,

v.

R&S STEEL INC,

    Defendant.

---

## MINUTE ORDER

### ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX

This matter is before the Court on the parties' **Joint Motion for Entry of Protective Order** [Docket No. 34; Filed June 7, 2011] (the "Motion").

IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.

IT IS FURTHER **ORDERED** that the Protective Order is entered as an Order of the Court, with interlineations, as of today's date.

Dated: June 8, 2011